UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS E. OVALLE MARQUEZ
    Petitioner,

       v.　　　　　　　　　　　　CIVIL NO. 97-1571 **(RLA)**
                         Crim. No. 91-397 (RLA)

UNITED STATES OF AMERICA,
    Respondent.

## O R D E R

| MOTION | RULING |
|---|---|
| Dated: 10/22/99    Docket # 25<br>[ ] Plffs        [ ] Defts<br>[X] Other (Petitioner)<br><br>Title: Motion Requesting Order | Request for discovery materials is DENIED. |

| MOTION | RULING |
|---|---|
| Dated: 6/26/00    Docket # 28<br>[ ] Plffs        [ ] Defts<br>[X] Other (Petitioner)<br><br>Title: Supplemental Motion in Support of Motion to Vacate Sentence | The United States Government shall respond to the arguments raised in this **supplemental** motion on or before July 31, 2000. |

July 13, 2000　　　　　　　　　RAYMOND L. ACOSTA
    Date　　　　　　　　　　　　U.S. District Judge

Rec'd:　　　　EOD:

By: [initials]　　# 29