UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2000 AUG -8 PM 3:03
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, PR.

LUIS E. OVALLE MARQUEZ
    Petitioner,

        V.                              CIVIL NO. 97-1571 (RLA)
                                        Crim. No. 91-397 (RLA)

UNITED STATES OF AMERICA,
    Respondent.


                        O R D E R

| MOTION | RULING |
|--------|--------|
| Dated: 7/25/00   Docket # 30<br><br>[X] Respondent<br><br>Title: United States of America's Motion for Extension of Time to Respond to Petitioner's Supplemental Motion in Support to [sic] Motion to Vacate Sentence | GRANTED as requested until August 10, 2000. |


August 7 , 2000                    RAYMOND L. ACOSTA
        Date                       U.S. District Judge


| Rec'd: | EOD: |
|--------|------|
| By: | #32 |

L. Ovalle
I. Valdellui
(2) 8.9.00