UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS OVALLE-MARQUEZ

V.

UNITED STATES OF AMERICA

CIVIL NO. 97-1571 (RLA)
[Criminal No. 91-397 (RLA)]

RECEIVED AND FILED
2000 OCT 19 PM 4:59
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, PR

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/3/00   Docket # 34<br>[X] Petitioner<br><br>Title: Motion for Downward Departure Pursuant to U.S.S.G. § 5K2.0, with Incorporated Memorandum of Law in Support | **DENIED.** This Court has no jurisdiction to entertain this request for a downward departure. |

October 18, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:    EOD:

By:       #35

4 ausa