UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS E. OVALLE MARQUEZ
    Petitioner,

v.                                      CIVIL NO. 97-1571 (RLA)
                                        Crim. No. 91-397 (RLA)

UNITED STATES OF AMERICA,
    Respondent.

ORDER

| MOTION | RULING |
|---|---|
| Dated: 11/14/00   Docket # 36 | GRANTED and so ORDERED. |
| [X] **Petitioner's counsel** | |
| Title: Motion for Authorization of Interim Voucher Under the Criminal Justice Act. | |

December, 20 2000                RAYMOND L ACOSTA
Date                             U.S. District Judge

Rec'd:          EOD:

By: /s/         #37