IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ENRIQUE OVALLE MARQUEZ,

    Petitioner,

    v.                                        CIVIL NO. 97-1571 (RLA)
                                                 [Cr. 91-397 (RLA)]
UNITED STATES OF AMERICA,

    Respondent.

═══════════════════════════════════════

## J U D G M E N T

The Court having dismissed petitioner's motion under 28 U.S.C.
§2255 through its Order issued on this same date; it is hereby

    ORDERED and ADJUDGED that this case be and the same is hereby
dismissed.

    IT IS SO ORDERED.

San Juan, Puerto Rico, this 4 day of April, 2003.

                            RAYMOND L. ACOSTA
                       United States District Judge