UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ENRIQUE OVALLE MARQUEZ,
    Petitioner,

v.      CIVIL NO. 97-1571 (RLA)
    Crim. 91-397 (RLA)

UNITED STATES OF AMERICA,
    Respondent.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 5/13/03   Docket # 43A<br><br>[X] Petitioner<br><br>Title: Request for Certificate of Appealability Under Title 28 United States Code Section 22539 [sic] (c)(1) | Certificate of Appealability is GRANTED as to petitioner's _Apprendi_ claims. |

May 29, 2003
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:   EOD:

By:   # 46