UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE:   July 30, 2003

DC #:   97-1571 (RLA)

CCA #:  03-1711

CASE CAPTION:    Luis E. Ovalle-Márquez   v.   USA

SPECIAL COMMENTS:    Copies of original documents in file folders (Duplicate)

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                              VOLUMES:

Docket Entries  1-47  (except #44,45)                       I
(Docket Entries 41-43 certified on 05/14/03 & #46 sent by fax on 06/24/03; refer to CCA Case #03-1711)

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

                        FRANCES RIOS DE MORAN
                        Clerk of the Court

                        By: Xiomara Muniz
                        Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk

AUSA