# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record to the Court of Appeals

**DATE:**   December 1, 2003

**DC #:**   97-1571 (RLA)

**CCA #:**  03-1711

**CASE CAPTION:**         Luis Ovalle-Márquez   v.   USA

**SPECIAL COMMENTS:**   Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**CRIMINAL CASE #91-397 (HL) SENT AS A SUPPLEMENTAL RECORD TO CIVIL CASE # 97-1571 (RLA):**

**DOCUMENTS:**                                      **VOLUMES:**

| | |
|---|---|
| Docket Entries  1-80 | I |
| Docket Entries  80A-179 | II |
| Docket Entries  180-267, except 267 | III |
| Docket Entries  268-316 | IV |
| Docket Entries  236-242,252,263,264 (Transcripts) | V |
| Docket Entries  175 & 216 (PSR's) | VI |

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk